**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

GARY W. LIPKIN
DIRECT DIAL:  302 657 4903
E-MAIL:  gwlipkin@duanemorris com

www duanemorris com

February 6, 2006

VIA E-FILING AND HAND DELIVERY

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

> Re:   *IP Co., LLC v  Cellnet Tech , Inc.,*
> 1:06-mc-00012 SLR

Dear Chief Judge Robinson:

On behalf of plaintiff, IP Co., LLC ("IP Co."), and third-party movant, Landis and Gyr Inc. ("L & G"), please find enclosed a proposed Stipulation and Order that would extend IP Co.'s time to respond to L & G's Motion to Quash Subpoena by one week.

We thank the Court for its consideration of this matter.  As always, we are available should the Court have any questions or concerns.

Respectfully,

*Gary W. Lipkin*

Gary W. Lipkin (I.D. No. 4044)

Enclosures
cc:    Clerk of Court (w/ enclosures)
       Sean Paul Hayes, Esq. (w/ enclosures)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IP CO., LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:06-mc-00012 SLR |
| | : | |
| CELLNET TECHNOLOGY, INC., | : | |
| | : | |
| Defendant. | : | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between counsel to the parties and subject to

approval of the Court that plaintiff, IP Co., LLC's response to third-party movant Landis & Gyr

Inc.'s Motion to Quash Subpoena will be due on or before February 14, 2006.

**DUANE MORRIS LLP**                     **LANDIS & GYR INC.**


/s/ Gary W. Lipkin                         /s/ Sean Paul Hayes
Gary W. Lipkin (I.D. No. 4044)             Sean Paul Hayes (I.D. No. 4413)
1100 North Market Street                   Fish & Richardson, P.C.
Suite 1200                                 919 N. Market Street, Suite 1100
Wilmington, DE 19801                       P.O. Box 1114
(302) 657-4900                             Wilmington, DE 19899-1114
                                           (302) 652-5070


SO ORDERED this _____ day of February, 2006.


_____
The Honorable Sue L. Robinson