IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IP CO., LLC, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 1:06-mc-00012 SLR |
| CELLNET TECHNOLOGY, INC., | : |
|       Defendant. | : |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between counsel to the parties and subject to approval of the Court that plaintiff, IP Co., LLC's response to third-party movant Landis & Gyr Inc.'s Motion to Quash Subpoena will be due on or before February 14, 2006.

**DUANE MORRIS LLP**       **LANDIS & GYR INC.**

/s/ Gary W. Lipkin       /s/ Sean Paul Hayes
Gary W. Lipkin (I.D. No. 4044)       Sean Paul Hayes (I.D. No. 4413)
1100 North Market Street       Fish & Richardson, P.C.
Suite 1200       919 N. Market Street, Suite 1100
Wilmington, DE 19801       P.O. Box 1114
(302) 657-4900       Wilmington, DE 19899-1114
     (302) 652-5070

SO ORDERED this _____ day of February, 2006.

_____
The Honorable Sue L. Robinson

DM1\553821.1