IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IP CO., LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLNET TECHNOLOGY, INC., <br><br> Defendant. | Civil Action No. 1:06-mc-00012 SLR <br><br> (No. 1:05-CV-02658-CC (N.D. Ga.)) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between counsel to the parties and subject to approval of the Court that Third-Party Landis+Gyr, Inc.'s Reply in Support of its Motion to Quash Subpoena will be due on or before February 28, 2006.

| **IP CO., LLC** | **LANDIS + GYR INC.** |
|---|---|
| */s/ Gary W. Lipkin* | */s/ Sean P. Hayes* |
| Gary W. Lipkin (I.D. No. 4044) | Sean P. Hayes (I.D. No. 4413) |
| Duane Morris LLP | Fish & Richardson P.C. |
| 1100 North Market Street | 919 N. Market Street, Suite 1100 |
| Suite 1200 | P.O. Box 1114 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1114 |
| (302) 657-4900 | (302) 652-5070 |

SO ORDERED this ____ day of February, 2006.

_____
The Honorable Sue L. Robinson